# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,         )<br>                                                    )<br>                       Plaintiff,    )<br>                                                    )<br>vs.                                             )<br>                                                    )<br>Edgar Marcelo Pina-Arzavala,  )<br>                                                    )<br>                       Defendant.  ) | **PRETRIAL STATUS CONFERENCE**<br><br>Case No. 1:25-cr-220 |

The undersigned shall hold a pretrial status conference with counsel by telephone on October 28, 2025, at 9:00 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 8th day of October, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court